# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For **Revocation of Supervised Release**) |
| v. | Case Number: 03-cr-00579-WYD-01 |
| | USM Number: 32801-013 |
| ROBERT LEONARD BENTON | Ronald Gainor, Appointed |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 3, 4, 5, 6, 7 and 8, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 11/17/06 |
| 2 | Possession and Use of a Controlled Substance | 11/23/06 |

    The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

January 11, 2008
Date of Imposition of Judgment

s/ Wiley Y. Daniel
Signature of Judge

Wiley Y. Daniel, U.S. District Judge
Name & Title of Judge

January 22, 2008
Date

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Possession and Use of a Controlled Substance | 12/04/06 |
| 4 | Failure to Participate in Drug Treatment as Directed by the Probation Officer (Urinalysis) | 12/19/06 |
| 5 | Failure to Participate in Drug Treatment as Directed by the Probation Officer (Urinalysis) | 12/19/06 |
| 6 | Failure to Report to the Probation Officer as Directed | 12/14/06 |
| 7 | Failure to Notify Probation Officer of a Change in Residence | 12/13/06 |
| 8 | Violation of Law | 04/27/07 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of fourteen (14) months to run consecutive to El Paso County Combined Court Case No. 07-CR-2282.

The Court recommends that the Bureau of Prisons credit defendant with 72 days spent in official detention prior to revocation of supervised release.

The Court recommends that the Bureau of Prisons have the defendant participate in the most rigorous drug treatment program in the Bureau of Prisons that is available to him.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| One | *$100.00 | $0.00 | $0.00 |
| **TOTALS** | *$100.00 | $0.00 | $0.00 |

*The defendant is ordered to pay the balance of the special assessment in the amount of $25.00.